**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHARLIE ABUJUDEH,

                Plaintiff,

-against-                                24 **CIVIL** 4318 (NRB)

                                                  **JUDGMENT**

PATRICK SMITH, ESQ., and SMITH
VILLAZOR LLP,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 18, 2025, Defendants' motion is granted; accordingly, the case is closed.

**Dated:** New York, New York

      September 18, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                         **Clerk of Court**

                                **BY:**     K. Mango
                                                        _____
                                                         **Deputy Clerk**